# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Michael W Lavallee | CASE NO.: 6:14–bk–18333–MH |
| | DATE OF FILING: 6/26/14 |
| | CHAPTER.: 13 |

## NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED OR SIGNED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the Case Management/Electronic Case Filing (CM/ECF) system without the following documents and/or information as required by FRBP 1007 and LBRs 1002–1 and 1007–1(a):

- [x] Statement of Social Security Number(s) (Official Form B21) (Individual debtors only) must be submitted in accordance to section 3–6(b) of the Court Manual [FRBP 1007(f); LBR 1002–1]
- [ ] Signature(s) on Petition of Attorney (Official Form B1) [FRBP 9011]
- [ ] Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) [FRBP 9011] [Official Form B1–Page 2]
- [ ] Declaration Re: Electronic Filing (only for electronically–filed petitions)
- [ ] List of Creditors Holding the 20 Largest Unsecured Claims (Official Form B4) (chapter 9 and 11 cases only) [FRBP 1007(d); LBR 1002–1]
- [ ] Declaration Concerning Debtor's Schedules (Official Form B6 – Declaration (Signed))
- [ ] Verification of Master Mailing List of Creditors (Signed) [LBR 1007–1(d)] (Local Form)
- [ ] Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D,E, and F [FRBP 1007; LBR1007–1(d)] (Local Form)
- [ ] Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance to setion 2– 1(a)(1)(C) of the Court Manual
- [ ] Debtor's actual street address must be provided in addition to any post office box address [LBR 1002–1(a)]

**NOTICE IS HEREBY GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

| | |
|---|---|
| **BY THE COURT** | **KATHLEEN J. CAMPBELL, CLERK OF COURT** |
| Dated: June 27, 2014 | **By: Angie Jefferson**<br>**Deputy Clerk** |

ndcrnf–van197 (06/2014)  **3 / JEF**